| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | JS-6 |

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 19-1383-DOC (JPRx) | Date: April 22, 2019 |

Title: AUGUST B. DOPPES, ET AL V CALIFORNIA SCENTS, LLC

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Michael Machat | Adam Obeid |

**PROCEEDINGS:** SCHEDULING CONFERENCE; MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [19]

    Scheduling Conference not held. For the reasons stated on the record, the Motion to Remand Case to Los Angeles Superior Court is GRANTED.

| | : | 11 |
|---|---|---|
| Initials of Clerk | djl | |